751 F.2d 379
 Lee (Tyrone Hiwatha)
v.
Alderman (John P.), Allen (Charles R. Jr.), Bondurant
(Thomas J. Jr.), Cleary (John Doe), Ennis (Hugh W.), Fries
(Ray), Hooper (M. David), Smith (A.S.), Smith (Williams F.),
Sullivan (Peter W.), Turk (James C.), Roanoke City Police
Department, Roanoke City, Commonwealth of Virginia, U.S.
Justice Department, U.S. Treasury Department, U.S.
 NO. 84-6664
 United States Court of Appeals,
Fourth circuit.
 DEC 21, 1984
 
 1
 Appeal From: W.D.Va.
 
 
 2
 AFFIRMED.